# VERIFIED RETURN OF SERVICE

Job # MIA33302

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
SHAYNA HENLEY
-versus-
**DEFENDANT:**
MEAL PREP SUNDAY SAN DIEGO, LLC

UNITED STATES DISTRICT COURT
Court Division: SOUTHERN DISTRICT OF CALIFORNIA

Court Case # **8:26-cv-00697-MRA-KES**

**Service Info:**

**Date Received: 7/20/2026** at **07:48 AM**
**Service:** I Served **MEAL PREP SUNDAY SAN DIEGO, LLC C/O SIMON S. TOMIK**
With: **SUMMONS; NOTICE OF ASSIGNMENT; CERTIFICATION; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL; COVER SHEET; AMENDED CLASS ACTION COMPLAINT**
by leaving with **SIMON S. TOMIK, REGISTERED AGENT**

**At Business 16200 VENTURA BLVD, SUITE 312 ENCINO, CA 91436**
On **7/21/2026** at **11:48 AM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

I **Jeff Star** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:______________________________
**Jeff Star**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA33302** Client Ref # **Shayna Henley v. Meal Prep San Diego LLC**